UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED<br>RICE LITIGATION | )<br>)<br>) | Case No. 4:06MD1811 CDP |

This Order Relates to:

*Basile Rice Drier & Storage, Inc.*          Case No. 4:07CV1015 CDP
 *v. Bayer CropScience, LP*

## **ORDER**

For reasons stated on the record during the status conference held on February 19, 2009, and in accordance with this Court's earlier Order dated February 20, 2009, granting dismissal without prejudice of other plaintiffs' claims,

**IT IS HEREBY ORDERED** that plaintiff's motion [#15] to voluntarily dismiss without prejudice is GRANTED. If plaintiff Basile Rice Drier & Storage Inc. chooses to re-file suit, it is required to do so in this district, and must comply with any outstanding discovery obligations before its case proceeds further.

 

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of April, 2009.